UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

GROUP 1 AUTOMOTIVE, INC., et al

        Plaintiff(s),         Case No. 20-11254

v.         Honorable Linda V. Parker

TOYO TIRE & RUBBER CO., LTD., et al         Magistrate Judge Anthony P. Patti

        Defendant(s).
_____/

**ORDER REGARDING REASSIGNMENT OF COMPANION CASE**

    This case appears to be a companion case to Case No. 12-02311. Pursuant to E.D. Mich LR 83.11, the Clerk is directed to reassign this case to the docket of the Honorable Marianne O. Battani and Magistrate Judge _____.

    s/Linda V. Parker
    Linda V. Parker
    United States District Judge

    s/Marianne O. Battani
    Marianne O. Battani
    United States District Judge

    Pursuant to this order, case assignment credit will be given to the appropriate Judicial Officers.
    Case type: CIVIL

    If the District Judge assigned to the companion case is located at another place of holding court, the office code will be changed accordingly.

Date: May 26, 2020         s/ S Schoenherr
        Deputy Clerk

cc:     Parties and/or counsel of record
        Honorable Marianne O. Battani